# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:20-CR-11 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| CHRISTOPHER ANDREW GIPSON | ) | Magistrate Judge Christopher H. Steger |

## O R D E R

United States Magistrate Judge Christopher H. Steger filed a report and recommendation recommending the Court: (1) grant Defendant Christopher Andrew Gipson's motion to withdraw his not guilty plea to Count One of the three-count Indictment; (2) accept Defendant's guilty plea to Count One of the three count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute 500 grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court. (Doc. 139.)

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 139) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the three-count Indictment is **GRANTED**;

2. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute 500 grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **October 6, 2021, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**